UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFERY A. BAILEY,<br><br>            Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON, et al.,<br><br>            Defendant. | CASE NO. 3:22-CV-5902-BJR-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: May 5, 2023 |

The District Court referred this action to United States Magistrate Judge David W. Christel. Plaintiff Jonas Miguel Davis, proceeding *pro se* and *in forma pauperis*, filed this civil rights action under 42 U.S.C. § 1983. *See* Dkt. 1. On December 20, 2022, the Court screened Plaintiff's complaint. Dkt. 3 ("First Screening Order"). The Court declined to serve the complaint due to deficiencies in the complaint and directed Plaintiff to file an amended complaint on or before January 23, 2023. *Id*. On December 28, 2022, plaintiff filed an amended complaint. Dkts. 4, 7. However, the Court found the amended complaint continued to be deficient and declined to serve it; the Court ordered plaintiff to file a second amended complaint on or before March 31, 2023. Dkt. 5 ("Second Screening Order"). The Court warned Plaintiff

1 that if he failed to file an amended complaint or otherwise respond to the Second Screening
2 Order the undersigned would recommend dismissal of this action. *Id*.

3      Plaintiff has failed to comply with the Court's Second Screening Order. He has not filed a
4 second amended complaint or otherwise responded to the Second Screening Order. Therefore,
5 the Court recommends this case be dismissed without prejudice for failure to follow a Court
6 order.

7      Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
8 fourteen (14) days from service of this Report and Recommendation to file written objections.
9 *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for
10 purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in
11 a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142
12 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted).
13 Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the
14 matter for consideration on May 5, 2023, as noted in the caption.

15      Dated this 20th day of April, 2023.

                                                David W. Christel
                                                United States Magistrate Judge