UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFERY A. BAILEY,

       Plaintiff,

v.

STATE OF WASHINGTON, et al.,

       Defendants.

No. 3:22-CV-5902-BJR-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  This case is dismissed without prejudice for plaintiff's failure to follow a Court order.

(3)  The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 11th day of May, 2023.

_____
Barbara J. Rothstein
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1